UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Amazon Environmental, Inc.,

      Plaintiff,                                         Case No. 04-74668

v.                                                      Hon. Nancy G. Edmunds

Omnichem, LLC.,

      Defendant.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Defendant's motion for preliminary injunction is hereby DENIED.

      SO ORDERED.


                                        s/Nancy G. Edmunds
                                        Nancy G. Edmunds
                                        United States District Judge

Dated: December 21, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 21, 2005, by electronic and/or ordinary mail.

                                        s/Carol A. Hemeyer
                                        Case Manager